IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: Cr. No. 07-662-01
SON DINH NGO :

ORDER

AND NOW, this 21st day of July, 2015, upon consideration of the Defendant's Pro Se Motion for a Reduction of Sentence pursuant to 18 U.S. C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and the government's response thereto, it is hereby

ORDERED

that the motion is **DENIED** for the reasons set forth in the government's response.

BY THE COURT:

HON. MARY A. McLAUGHLIN
**United States District Court Judge**